IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RAW FILMS, INC.

        Plaintiff(s)

v.

JOHN DOES 1-32

        Defendant(s)

CIVIL ACTION NO.
1:11cv2939-TWT

O R D E R

The plaintiff on December 30, 2011 dismissed John Doe 1 without prejudiced and requested that the Court administratively closed as to the remaining defendants [15]. The Court directs the Clerk to administratively close the case.

SO ORDERED, this 4th day of January, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

T:\S T S\ORDERS\CIVIL\2011\11cv2939 adm close